UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                        Case No. 11-C-1159

APPROXIMATELY $37,100.00 IN
UNITED STATES CURRENCY,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO STAY PROCEEDINGS

Upon consideration of the parties' stipulated motion to stay this matter pending resolution of the related criminal investigation and prosecution of Claimant Travis Kurey, which motion was brought under 18 U.S.C. § 981(g)(1) and (2), this Court finds that good cause appears for the stay.

**IT IS HEREBY ORDERED** that the parties' stipulated motion is GRANTED and that this civil forfeiture case be and hereby is stayed pending further order of this Court.

**IT IS FURTHER ORDERED** that, within fourteen days after the state criminal charges against Claimant Travis Kurey in Outagamie County Case No. 11CF864 are resolved, Mr. Kurey shall so advise the United States and the Court in writing.

**IT IS FURTHER ORDERED** that, before that time, either the United States or Claimant Kurey may move this Court to lift the stay and the opposing party will be given the opportunity to respond to the motion.

Dated at Green Bay, Wisconsin, this   8th   day of February, 2012.

s/ William C. Griesbach
HONORABLE WILLIAM C. GRIESBACH
United States District Judge
